UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRI DESAIGOUDAR

    Plaintiff,

v.                               Case No. 8:22-cv-01652-WFJ-AEP

CHARTER COMMUNICATIONS, INC,
d/b/a SPECTRUM

    Defendant.
_____/

## ORDER APPROVING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court, upon the filing of a Joint Stipulation for Dismissal with Prejudice, Doc. No. 32. Upon review of the filing and the court file, it is

**ORDERED AND ADJUDGED** that this action is hereby **DISMISSED with Prejudice**. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel of record